

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 29, 2015

Hidalgo County
District Clerk
100 N. Closner, 1st Floor
Edinburg, TX 78539

RE:     Jose Guadalupe Rodriguez Elizondo
        Trial Court Number CR-3485-10-I
        Case Number PD-1039-14

Dear Clerk:

Enclosed please find the order of the Court requesting an exhibit in the above referenced cause. You may send a certified copy in lieu of the original.

Please call if you have any questions.

Sincerely,

Abel Acosta
Clerk

By: _____
John Brown
Chief Deputy Clerk